

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

August 2, 2022

United States Magistrate Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**   *Nelson v. S.T Yassine Corp. and M & D Auto Inc.*, **Case No.: 1:22-cv-02650-EK-SJB**

Dear Magistrate Judge Bulsara:

    This office represents the Plaintiff Kareem Nelson ("Plaintiff") in connection with the above-referenced action. We are pleased to inform the Court that the above-referenced action has been settled and that the parties are in the process of drafting and exchanging a settlement agreement that will be reviewed by the parties and their counsel for execution. Respectfully, we are requesting together with counsel for the defendants a stay of all deadlines and conferences for thirty (30) days so that the parties can finalize the settlement agreement.

    We thank the Honorable Court for your time and consideration in this matter.

                                              Respectfully submitted,

                                              BASHIAN & PAPANTONIOU, P.C.

                                              */s/ Erik M. Bashian*
                                              _____
                                              Erik M. Bashian, Esq.

cc:    Steven D. Chase, Esq. *(via CM/ECF)*