**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KAREEM NELSON,　　　　　　　　　　　　CASE NO.: 1:22-CV-2650-EK-SJB

　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　NOTICE OF VOLUNTARY
　　v.　　　　　　　　　　　　　　　　　　　DISMISSAL


S.T. YASSINE CORP. and M & D AUTO INC.

　　　　　　Defendants.
-----------------------------------------------------------X

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff KAREEM NELSON by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal with prejudice as to defendant M & D AUTO INC and without prejudice as to defendant S.T. YASSINE CORP..

DATED: Garden City, New York
　　　　　August 24, 2022

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**Bashian & Papantoniou, P.C.**
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　500 Old Country Road, Ste. 302
　　　　　　　　　　　　　　　　　　　　Garden City, NY 11530
　　　　　　　　　　　　　　　　　　　　Tel:　(516) 279-1554
　　　　　　　　　　　　　　　　　　　　Fax:　(516) 213-0339

　　　　　　　　　　　　　　　　　　　　*By: /s/ Erik M. Bashian*
　　　　　　　　　　　　　　　　　　　　**ERIK M. BASHIAN, ESQ.**
　　　　　　　　　　　　　　　　　　　　eb@bashpaplaw.com

94805v3